UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:20-cr-00161 |
| v. | ) | |
| | ) | 18 U.S.C. § 844(i) |
| [1] WESLEY SOMERS | ) | |
| | ) | |
| [2] SHELBY LIGONS | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about May 30, 2020, in the Middle District of Tennessee, the defendants, **[1] WESLEY SOMERS** and **[2] SHELBY LIGONS**, maliciously damaged and destroyed, and maliciously attempted to damage and destroy, by means of fire and explosive materials, the building at 1 Public Square, Nashville, Tennessee 37201, also known as Nashville City Hall, also known as the Metro Courthouse, also known as the historic courthouse, used in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL

███████████████

FOREPERSON

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

BEN SCHRADER
ASSISTANT UNITED STATES ATTORNEY