UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:20-00161 |
| | ) | JUDGE ALETA J. TRAUGER |
| | ) | |
| WESLEY SOMERS | ) | |

**ORDER**

During the plea hearing on this date, defendant, who is in the custody of the U.S. Marshal, moved to be allowed to be returned to state custody in Davidson County where state charges based on the same incident as the federal charge are pending and on which he is to appear on July 1, 2021. Finding the motion to be well taken, the motion is hereby GRANTED, and the Marshal is directed to return Mr. Somers to the custody of the Davidson County Sheriff's Office. Counsel for the defendant shall be responsible for filing a writ to return Mr. Somers to federal custody for his sentencing on December 1, 2021.

Entered this the 29th day of June, 2021.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE

APPROVED FOR ENTRY:

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047