UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:20-00161 |
| ) | JUDGE TRAUGER |
| ) | |
| WESLEY SOMERS ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The defendant, Wesley Somers, through undersigned counsel, hereby moves this Honorable Court for an order continuing the sentencing hearing that is presently set on Tuesday, January 18, 2022 at 3:30 p.m. Assistant United States Attorney Benjamin Schrader has authorized undersigned counsel to represent to this Court that the government is not opposed to the requested continuance.

Defense counsel requests this continuance because he needs additional time to prepare for the sentencing hearing. Defense counsel needs time to complete his investigation into certain information raised in the Presentence Report, including an enhancement to the offense level. Defense counsel also need additional time to provide his written response to the probation office concerning the information contained in the presentence report. The parties have consulted and are available to conduct the sentencing hearing on February 22, 2022, if that date is available for this Court to conduct the sentencing hearing. Defense counsel has also consulted with Dr. Kimberly Brown, who the defense intends to call as a witness concerning a

psychological evaluation of Mr. Somers, and she is available to testify on February 22, 2022.

Wherefore, Mr. Somers respectfully requests that this Court continue the sentencing hearing until February 22, 2022, or to such other date and time that is convenient for this Court.

Respectfully submitted,

*s/ R. David Baker*
R. DAVID BAKER
Assistant Federal Public Defender
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Wesley Somers

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2022, I electronically filed the foregoing *Unopposed Motion to Continue Sentencing Hearing* with the U.S. District Court Clerk by using the CM/ECF system, which will send a notice of Electronic Filing to the following: John Benjamin Schrader, Assistant United States Attorney, 110 9th Avenue S., Suite A961, Nashville, Tennessee 37203; Terra Everett, United States Probation Officer, 110 9th Avenue S., Suite A725, Nashville, TN 37203.

*s/ R. David Baker*
R. DAVID BAKER