> **Motion GRANTED. The sentencing hearing is RESET for 2/22/2022 at 1:00 p.m.**
>
> *[signature]*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:20-00161 |
| ) | JUDGE TRAUGER |
| WESLEY SOMERS ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The defendant, Wesley Somers, through undersigned counsel, hereby moves this Honorable Court for an order continuing the sentencing hearing that is presently set on Tuesday, January 18, 2022 at 3:30 p.m. Assistant United States Attorney Benjamin Schrader has authorized undersigned counsel to represent to this Court that the government is not opposed to the requested continuance.

Defense counsel requests this continuance because he needs additional time to prepare for the sentencing hearing. Defense counsel needs time to complete his investigation into certain information raised in the Presentence Report, including an enhancement to the offense level. Defense counsel also need additional time to provide his written response to the probation office concerning the information contained in the presentence report. The parties have consulted and are available to conduct the sentencing hearing on February 22, 2022, if that date is available for this Court to conduct the sentencing hearing. Defense counsel has also consulted with Dr. Kimberly Brown, who the defense intends to call as a witness concerning a