IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:20-cr-00161-1 |
| v. | ) | |
| | ) | Judge Trauger |
| | ) | |
| WESLEY SOMERS | ) | |

## POSITION REGARDING PRESENTENCE REPORT

COMES NOW the United States of America, by and through undersigned counsel, and states that it has no objection to the facts or guidelines calculation contained in the Revised Presentence Investigation Report dated February 15, 2022.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney for the
Middle District of Tennessee

By: *s/ Ben Schrader*
Ben Schrader
Assistant United States Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

By: *s/ Ben Schrader*
Ben Schrader
Assistant United States Attorney

1