**Motion GRANTED. The sentencing hearing is RESET for 3/23/2022 at 10:00 a.m.**

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:20-00161 |
| ) | JUDGE TRAUGER |
| ) | |
| WESLEY SOMERS ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The defendant, Wesley Somers, through undersigned counsel, hereby moves this Honorable Court for an order continuing the sentencing hearing that is presently set on March 8, 2022, at 10:00 a.m. until March 23, 2022. Assistant United States Attorney Benjamin Schrader has authorized undersigned counsel to represent to this Court that the government is not opposed to the requested continuance.

The defense requests a continuance because a defense expert witness, Dr. Kimberly Brown, is not available to testify on March 8, 2022. The parties have consulted and are available to conduct the sentencing hearing on March 23, 2022, if that date is available for this Court to conduct the sentencing hearing. Dr. Brown is also available to testify on March 23.

Wherefore, Mr. Somers respectfully requests that this Court continue the sentencing hearing until March 23, 2022, or to such other date and time that is convenient for this Court and the parties.